UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: NORTHWEST AIRLINES CORP., et al,
ANTITRUST LITIGATION

                              Case Nos. 96-CV-74711,
                              99-CV-72987, and 99-CV-72988
                              HON. GEORGE CARAM STEEH

_____/

ORDER OF ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

On September 15, 2005, defendant Delta Airlines and its affiliated companies (collectively "Delta") filed a "Notice of Automatic Stay" informing the court that Delta filed for Chapter 11 Bankruptcy relief in the United States Bankruptcy Court for the Southern District of New York on September 14, 2005. On September 19, 2005, defendants Northwest Airlines Corporation and Northwest Airlines, Inc. (collectively "NWA") filed a "Notice of Bankruptcy" informing the court that NWA likewise filed for Chapter 11 Bankruptcy relief in the United States Bankruptcy Court for the Southern District of New York on September 14, 2005. Previously, on September 16, 2004, defendants U.S. Airways Group, Inc. and U.S. Airways, Inc. (collectively "U.S. Airways") filed with the court a notice of bankruptcy filing and automatic stay. In that all defendants have filed for Bankruptcy relief, and pursuant to 11 U.S.C. § 362(a)(1) of the Bankruptcy Code,

IT IS ORDERED that this matter is hereby STAYED.

IT IS FURTHER ORDERED that this matter is closed for administrative purposes ONLY, without prejudice.

IT IS FURTHER ORDERED that this closing does not constitute a dismissal or a decision on the merits.

IT IS FURTHER ORDERED that when the bankruptcy stay(s) has/have been removed, this matter may be reopened on motion of any party without costs.

SO ORDERED.

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

Dated:  September 20, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 20, 2005, by electronic and/or ordinary mail.

                                  s/Josephine Chaffee
                                  Secretary/Deputy Clerk